FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
28413
04-AUG-2011
12:08 PM**

NO. 28413

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

AMY M. LEE, Plaintiff-Appellant,
vs.
UNITED PUBLIC WORKERS, AFSCME, LOCAL 646,
AFL-CIO; STATE OF HAWAI'I, DEPARTMENT OF PUBLIC SAFETY,
Defendants-Appellees,
and
JOHN DOES 1 through 10; JANE DOES 1 through 10;
DOE CORPORATIONS 1 through 10;
DOE UNINCORPORATED ASSOCIATIONS,
INCLUDING PARTNERSHIPS 1 through 10,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 06-1-0227)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Opinion of the Court, filed on June 29, 2011, is hereby corrected as follows:

1.    On page 5, in the thirteenth line, a comma should be inserted after "171" and the word "did" should be replaced with the word "does" so that as corrected the text reads: "386 U.S. at 171, is misplaced; and (4) HRS § 89-14 does not violate . . . ."

2.    On page 7, in the second line of subsection "B.1.", the comma after "HLRB" should be deleted.

3.    On page 10, in seventh line of subsection "C", the word "an" should be replaced with the word "a" so that as corrected, the text reads: "and a public employee . . . ."

---

[1/] Nakamura, Chief Judge, and Foley and Fujise, JJ.

4.   On page 11, in the twenty-fourth and twenty-fifth lines, the word "a" at the end of line twenty-four should be deleted and the word "practice" in line twenty-five should be made plural so that as corrected, the text reads: "controversy concerning prohibited practices over which . . . ."

5.   On page 16, in the twenty-first line, after the reference to "L.M.R.A." and before the close quotation mark, the bracketed parenthetical phrase "[(Labor Management Relations Act)]" should be inserted so that as corrected, the text reads: ". . . the L.M.R.A. [(Labor Management Relations Act)]" and . . . ."

6.   On page 16, in the twenty-sixth line, the word "to" should be inserted between the words "and" and "give".

7.   On page 17, the following corrections should be made:

a.   in the seventeenth line, the comma after the "Vaca" should be deleted.

b.   in the twentieth, twenty-first, and twenty-fourth lines, the case name "Ayers" is misspelled and should be replaced with "Ayres".

c.   in the second line of footnote 12, the word "its" should be replaced with the word "the".

8.   On page 22, the following corrections should be made:

a.   in the twelfth line, the word "Chapters" should be singular and changed to "Chapter".

b.   in the fourteenth line, the year "(1983)" should be changed to "(1993)".

c.   in thirty-second line, the word "practices" should be singular and changed to "practice".

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, August 4, 2011.

FOR THE COURT:

*Craig H. Nakamura*
Chief Judge